**Status Conference Minute Sheet**

**Date**: December 11, 2025                    **Total Time**: 35 minutes

**Civil Case No.**: CV-25-44-R                    **Doug and Heidi Barlow v.**
                                                 **State Farm Fire & Casualty Company**

**Judge David L. Russell**

                                                 **C.R. Deputy** Taylor Beams

**Counsel for Plaintiff**: Reggie Whitten, Blake Sonne, George E. Gibbs, Hannah Whitten
**Counsel for Defendant**: Timila S. Rother and Paige A. Masters

On 12/11/2025, Judge Russell held a status conference with respect to Plaintiff's First Motion to Compel [49] and the Defendant's Motion for Protective Order and Motion to Quash [52]. Status of case discussed. Each party presented their positions.

As a result of this status conference, all deadlines in the case are held in abeyance. The parties are ordered to provide the court with an update within 30 days of the date of this minute order.