# EXHIBIT 2

*Heidi Barlow et al. v. State Farm Fire & Casualty Co. et al.* – No. CIV-25-44-R
(Western District of Oklahoma, District Judge David Russell)[1]

| Subpoena Topic to Accenture | Discovery Request to State Farm |
|---|---|
| **TOPIC 1**: Produce all documents with the industry standards and/or other standards or benchmarks relating to wind/hail claims and/or full roof replacements on wind/hail claims that You (Accenture LLP and any of your affiliates) relied on and/or produced and/or utilized in any way with respect to any work You performed for or on behalf of State Farm. | **INTERROGATORY NO. 31**: Identify the industry standards regarding wind/hail claims and/or full roof replacements on wind/hail claims identified by counsel for State Farm at the Status Hearing on December 11, 2025 before Judge Russell, including what are the standards, where such standards are published, when were such standards identified and for what timeframe and geographical location, which insurance companies data were used or were otherwise relied upon in creating such standards, and why such standards were sought, created, or provided to or by State Farm. |

---

[1] Plaintiffs' Topic 2—which seeks "all documents of Your work regarding or relating to State Farm's Fire Model Enhancement – Wind/Hail, the Wind and Hail Fire Model Enhancement Team, Hail Focus Initiative and/or any hail quality focus initiatives" is duplicative of numerous discovery requests Plaintiffs previously served on State Farm. *See e.g.*, Request for Production No. 14 ("Produce all documents related to the Fire Model Enhancement on Wind/Hail from January 1, 2019 until the present, including any and all presentations, memos, documents or plans of the FME Wind/Hail, whether in draft or final format."); Request for Production No. 24 ("Produce all Documents related to the Fire Model Enhancement - Wind/Hail, the Wind and Hail Fire Model Enhancement Team, Hail Focus Initiative and/or Hail Initiative and/or any hail quality focus initiatives, including any presentations, metrics, claim handling tactics or rules, tracking of results, and/or Cost/Benefit Analyses You performed regarding any such initiative or program.").

1

| Subpoena Topic to Accenture | Discovery Request to State Farm |
|---|---|
| | **REQUEST FOR PRODUCTION NO. 45:** Produce the industry standards and/or other standards or benchmarks relating to wind/hail claims and/or full roof replacements on Wind/Hail claims that You relied on and/or utilized in any way with respect to, regarding, or relating to (i) Fire Model Enhancement - Wind/Hail, the Wind and Hail Fire Model Enhancement Team, Hail Focus Initiative and/or Hail Initiative and/or any hail quality focus initiatives, (ii) implementation of Fire Model Enhancement - Wind/Hail, the Wind and Hail Fire Model Enhancement Team, Hail Focus Initiative and/or Hail Initiative and/or any hail quality focus initiatives in Dallas County, Texas; (iii) implementation of Fire Model Enhancement - Wind/Hail, the Wind and Hail Fire Model Enhancement Team, Hail Focus Initiative and/or Hail Initiative and/or any hail quality focus initiatives in Texas; (iv) implementation of Fire Model Enhancement - Wind/Hail, the Wind and Hail Fire Model Enhancement Team, Hail Focus Initiative and/or Hail Initiative and/or any hail quality focus initiatives in Oklahoma; (v) claims handling tactics or rules used related to such initiatives or plans; (vi) Fire Model Enhancement Guidelines; (vii) tracking of indemnity savings, tracking of the total or full roof replacement to partial roof replacement ratio, tracking of full roof replacement approval percentages, and/or tracking of total |

2

| Subpoena Topic to Accenture | Discovery Request to State Farm |
|---|---|
| | roof payment volume on wind/hail claims; and/or (viii) a standard percentage of Full Roof Replacements to Your internal standard on percentage of Full Roof Replacements; and/or (ix) any opportunity for internal quality improvement by seeking to lower Your percentage of approvals for full roof replacements to the industry standard and/or to a related benchmark. |
| **TOPIC 3:** Produce Your files, including reports, analyses, analytics and data, agreements with third-parties, scopes of work, correspondence, and results and/or analysis regarding the industry standards relating to wind/hail claims and/or full roof replacements on wind/hail claims You relied on and/or produced and/or utilized in any way with respect to any work You performed for or on behalf of State Farm. | **REQUEST FOR PRODUCTION NO. 46:** Produce Your files, including reports, analyses, analytics and data, agreements with third-parties, scopes of work, correspondence, and results and/or analysis regarding the industry standards relating to wind/hail claims and/or full roof replacements on wind/hail claims, including standards identified by counsel for State Farm at the Status Hearing on December 11, 2025 before Judge Russell. |
| **TOPIC 4:** Produce all documents received or produced by You for any consulting or other work related to industry standards or benchmarks relating to wind/hail claims and/or full roof replacements on wind/hail claims, including but not limited to reports, analyses, analytics and data, | **REQUEST FOR PRODUCTION NO. 47:** Produce all documents received or produced by Accenture, or any of its affiliates, and/or any other third party for any consulting or other work related to the industry standards relating to wind/hail claims and/or full roof replacements on wind/hail |

3

| Subpoena Topic to Accenture | Discovery Request to State Farm |
|---|---|
| agreements, scopes of work, correspondence, and results and/or analysis by You and/or any other third party. | claims, including standards identified by counsel for State Farm at the Status Hearing on December 11, 2025 before Judge Russell, including but not limited to reports, analyses, analytics and data, agreements, scopes of work, correspondence, and results and/or analysis by Accenture and/or any other third party. |
| | **REQUEST FOR PRODUCTION NO. 50:** Produce all documents, reports, data used, models, output relied upon, and other documentation that State Farm supplied to Accenture, or any of its affiliates, and/or any other third party for any consulting or other work related to the industry standards relating to wind/hail claims and/or full roof replacements on wind/hail claims, including standards identified by counsel for State Farm at the Status Hearing on December 11, 2025 before Judge Russell. |
| **TOPIC 5:** Produce all documents relating to State Farm's performance on wind/hail claims and/or full roof replacements on wind/hail claims in relation to the industry standards outlined in Topics 1-4, including internal quality improvement and/or lowering State Farm's percentage of approvals for full roof replacements to the industry standard and/or to a related benchmark. | **REQUEST FOR PRODUCTION NO. 48:** Produce all documents relating to State Farm's performance on wind/hail claims and/or full roof replacements on wind/hail claims in relation to the industry standards identified in Interrogatories No. 31 and Requests for Production 45-47 both before and after the FME team implemented its tactics and Kick Off in Dallas, Texas in 2020 and subsequent introduction into Oklahoma by 2021, including internal quality improvement and/or lowering Your percentage of |

4

| Subpoena Topic to Accenture | Discovery Request to State Farm |
|---|---|
| | approvals for full roof replacements to the industry standard and/or to a related benchmark. |
| **TOPIC 6:** Produce all documents ensuring that any industry standards relating to wind/hail claims and/or full roof replacements on wind/hail claims identified in Topics 1-5 were accurate, vetted, and otherwise reflected actual claims and reliable data with respect to any work You performed for or on behalf of State Farm. | **REQUEST FOR PRODUCTION NO. 49:** Produce all documents ensuring that any industry standards relating to wind/hail claims and/or full roof replacements on wind/hail claims identified in Interrogatory No. 31 and Requests for Production 45-47 both before and after the FME team implemented its tactics and Kick Off in Dallas, Texas in 2020 and subsequent introduction into Oklahoma by 2021 were accurate, vetted, and otherwise reflected actual claims and reliable data. |
| **TOPIC 7:** Produce all documents, reports, data used, models, output relied upon, and other documentation that State Farm supplied to You, and/or any other third party for any consulting or other work related to the industry standards relating to wind/hail claims and/or full roof replacements on wind/hail claims. | **REQUEST FOR PRODUCTION NO. 50:** Produce all documents, reports, data used, models, output relied upon, and other documentation that State Farm supplied to Accenture, or any of its affiliates, and/or any other third party for any consulting or other work related to the industry standards relating to wind/hail claims and/or full roof replacements on wind/hail claims, including standards identified by counsel for State Farm at the Status Hearing on December 11, 2025 before Judge Russell. |
| **TOPIC 8:** Produce all documents, reports, data used, models, and other documentation relating to Your derivation of the industry standards relating to wind/hail | **REQUEST FOR PRODUCTION NO. 51:** Produce all documents, reports, data used, models, and other documentation relating to Accenture's (or any of its |

| Subpoena Topic to Accenture | Discovery Request to State Farm |
|---|---|
| claims and/or full roof replacements on wind/hail claims with respect to any work You performed for or on behalf of State Farm. | affiliates) derivation of the industry standards relating to wind/hail claims and/or full roof replacements on wind/hail claims, including the standards identified by counsel for State Farm at the Status Hearing on December 11, 2025 before Judge Russell. |
| **TOPIC 9:** Produce all contracts, agreements, and/or scopes of work between State Farm and Accenture (or any of its affiliates) relating to industry standards relating to wind/hail claims and/or full roof replacements on wind/hail claims with respect to any work You performed for or on behalf of State Farm. | **REQUEST FOR PRODUCTION NO. 52:** Produce all contracts, agreements, and/or scopes of work between State Farm and Accenture's (or any of its affiliates) relating to industry standards relating to wind/hail claims and/or full roof replacements on wind/hail claims, including the standards identified by counsel for State Farm at the Status Hearing on December 11, 2025 before Judge Russell. |

6