# IN THE UNITED STATES DISTRICT COURT FOR THE
# WESTERN DISTRICT OF OKLAHOMA

| | |
|---|---|
| HEIDI and DOUG BARLOW, ) | |
| ) | |
| Plaintiffs, ) | |
| ) | |
| v. ) | Case No.: CIV-25-0044-R |
| ) | |
| STATE FARM FIRE AND CASUALTY ) | |
| COMPANY, ) | |
| ) | |
| Defendant. ) | |

## NOTICE TO TAKE DEPOSITION

Please notice that pursuant to Fed. R. Civ. P. 30(b), Defendant, State Farm Fire and Casualty Company, will take the deposition upon oral examination of Mikel Marsh at the date and time listed below. The deposition will take place in the offices of Gibbs & Armstrong, 2021 South Lewis Avenue, Suite 410, Tulsa, Oklahoma 74104, before an officer authorized to administer oaths by the laws of the State of Oklahoma. The deposition shall be recorded by stenographic and videographic means.

    Mikel Marsh        Tuesday, February 24, 2026 at 10:30 a.m.

Dated this 20th day of January, 2026.

                      Respectfully Submitted,

                      */s/ Timila S. Rother*
                      TIMILA S. ROTHER OBA #14310
                      PAIGE A. MASTERS, OBA # 31142
                      AMANDA M. FINCH, OBA #34650
                      **CROWE & DUNLEVY**
                      A Professional Corporation
                      Braniff Building
                      324 North Robinson Avenue, Suite 100
                      Oklahoma City, Oklahoma 73102
                      (405) 235-7700

>(405) 239-6651 (Facsimile)
>timila.rother@crowedunlevy.com
>paige.masters@crowedunlevy.com
>amanda.finch@crowedunlevy.com

>**ATTORNEYS FOR DEFENDANT STATE FARM FIRE AND CASUALTY COMPANY**

<u>**CERTIFICATE OF SERVICE**</u>

I hereby certify that on this 20th day of January, 2026, I electronically transmitted the foregoing document to the Court Clerk using the ECF system of filing, which will transmit a Notice of Electronic Filing to the following ECF registrants:

| | |
|---|---|
| **Reggie Whitten** | rwhitten@whittenburragelaw.com |
| **Michael Burrage** | mburrage@whittenburragelaw.com |
| **Blake Sonne** | bsonne@whittenburragelaw.com |
| **Hannah Whitten** | hwhitten@whittenburragelaw.com |
| **John S. Sanders** | jsanders@whittenburragelaw.com |
| **Jake Denne** | jdenne@whittenburragelaw.com |
| **George Gibbs** | ggibbs@gablawyers.com |
| **James E. Warner, III** | jwarner@nixlaw.com |

>*/s/ Timila S. Rother*