**UNITED STATES DISTRICT COURT**
**WESTERN DISTRICT OF OKLAHOMA**

| | |
|---|---|
| HEIDI and DOUG BARLOW, | ) |
| | ) |
| Plaintiffs, | ) |
| | ) |
| v. | ) Case No.: CIV-25-0044-R |
| | ) |
| STATE FARM FIRE AND CASUALTY | ) |
| COMPANY, | ) |
| | ) |
| Defendant. | ) |

## AMENDED SCHEDULING ORDER

Pursuant to the Court's Order [Doc. No. 97], the deadlines and dates are hereby amended as set forth in the table below.

| NO. | EVENT | |
|---|---|---|
| 1. | (a) Plaintiffs to file a final list of expert witness(es) in chief and submit expert reports to defendant by 8/20/2026.<br>(b) Defendant to file a final list of expert witness(es) in chief and submit expert reports to plaintiffs by 14 days thereafter. | |
| 2. | (a) Plaintiffs to file a final list of witnesses, together with addresses and brief summary of expected testimony where a witness has not already been deposed by 9/3/2026.<br>(b) Defendant to file a final list of witnesses (as described above) 14 days thereafter. | |
| 3. | (a) Plaintiffs to file a final exhibit list by 9/3/2026. Defendant to file objections to Plaintiffs' final exhibit list, under Fed. R. Civ. P. 26(a)(3)(B), by 14 days thereafter.<br>(b) Defendant to file a final exhibit list by 9/18/2026. Plaintiffs to file objections to Defendant's final exhibit list, under Fed. R. Civ. P. 26(a)(3)(B), 14 days thereafter. | |
| 4. | Discovery to be completed by | 11/08/2026 |
| 5. | All dispositive and Daubert motions to be filed by | 09/16/2026 |
| 6. | Trial docket | January 2027 |
| 7. | (a) Designations of deposition testimony to be used at trial to be filed by 11/27/2026.<br>(b) Objections and counter-designations to be filed by 12/4/2026. | |

| 8. | Motions in limine to be filed by | 11/28/2026 |
|---|---|---|
| 9. | Requested voir dire to be filed by | 11/28/2026 |
| 10. | Trial briefs (optional unless otherwise ordered) to be filed by: | |
| 11. | Requested jury instructions to be filed on or before | 11/28/2026 |
| 12. | Any objections or responses to the trial submissions referenced in 8, 9, 10, or 11 to be filed within five (5) days thereafter. | |
| 13. | Proposed final pretrial report, approved by all counsel, **and in full compliance** with Local Rules (see Appendix IV), together with a proposed order approving the report, to be submitted to the Court by | 11/28/2026 |

IT IS SO ORDERED this 15th day of June, 2026.

DAVID L. RUSSELL
UNITED STATES DISTRICT JUDGE